# STATE SUPREME COURT

### NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### NEW CASES DOCKETED

Commonwealth Cas. Co. v. Spohn ...... 19596
Day. & Cols Trans. Co. v. Pub. Util. Com. 19592
East End Traction Co. v. Pub. Util. Com. 19598
First Nat. Bk. v. Toledo Cooker Co..... 19607
Geisbuhler v. Claus ................. 19593
Hornick v. State ................... 19604
Layman v. Claus ................... 19594
Lake Shore Elect. Ry. Co. v. Hayer..... 19597
Leveck v. State ............... 19600, 19601
McIntire Coal & B. Sup. Co. v. Zanesville
    & West. Ry. Co.................. 19595
Prince v. State .................... 19605
Ritzi v. Youngstown Ice Co........... 19606
Romberger v. Curl et............... 19608
Smith v. State ............... 19602-19603
Youngstown Muni. Ry. Co. v. Pub. Util.
    Comm. ......................... 19599

### JAN. 22, 1926

19592—Dayton & Columbus Transportation Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. Eagleson & Laylin, Columbus, for pltf; C. C. Crabbe, J. W. Bricker, Columbus, for deft.

19593—Alexander Geisbuhler v. Frank H. Claus; motion for Wood Appeals to certify. and cross motion of Arthur Geisbuhler for Wood Appeals to certify. B. F. James, Bowling Green, for pltf; Edw. M. Fries, Ladd & James, Bowling Green, for deft.

### JAN. 23, 1926

19594—George A. Layman v. Frank H. Claus; motion for Wood Appeals to certify. B. F. James, Bowling Green, for pltf; Edward M. Fries; Ladd & James, Bowling Green, for deft.

19595—McIntire Coal & Builders' Supply Co. v. Zanesville & Western Ry. Co.; motion for Franklin Appeals to certify. Huggins & Liggett, Columbus, for pltf; Vorys, Sater, Seymour & Pease, Columbus, for deft.

19596—Commonwealth Casualty Co. v. W. M. Spohn; motion for Richland Appeals to certify. Brucker & Farber, A. B. Mabee, Mansfield, for pltf; Huston & Hutchinson, Mansfield, for deft.

### JAN. 25, 1926

19597—Lake Shore Electric Railway Co. v. V. B. Hayer, as administrator of the estate of Thompson Hayer, deceased; motion for Lucas Appeals to certify. Tolles, Hogsett, Ginn & Morley, Cleveland, Tyler, McMahon, Smith & Wilson, Toledo, for pltf; Stahl and Price, Toledo, Young & Young, Norwalk, for deft.

### JAN. 26, 1926

19598—East End Traction Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. Harrington, DeFord, Huzley and Smith, Youngstown, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19599—Youngtsown Municipal Ry. Co. v. Public Utilities Commission of Ohio. Harrington, DeFord, Huxley & Smith, Youngstown, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

### JAN. 27, 1926

19600—Bruce J. Leveck v. State of Ohio; motion for Greene Appeals to certify. C. J. Darlington, Xenia, for pltf; J. C. Marshall, Xenia, for deft.

19601—Bruce J. Leveck v. State of Ohio; motion for Greene Appeals to certify. C. J. Darlington, Xenia, for pltf; J. C. Marshall, Xenia, for deft.

19602—Bert Smith v. State of Ohio; motion for Greene Appeals to certify. C. J. Darlington, Xenia, for pltf; J. C. Marshall, Xenia, for deft.

19603—Bert Smith v. State of Ohio; motion for Greene Appeals to certify. C. J. Darlington, Xenia, for pltf; J. C. Marshall, Xenia, for deft.

19604—John Hornick v. State of Ohio; motion for Greene Appeals to certify. C. J. Darlington, Xenia, for pltf; J. C. Marshall, Xenia, for deft.

19605—Horace Prince v. State of Ohio. motion for Greene Appeals to certify. C. J. Darlington, Xenia, for pltf; J. C. Marshall, Xenia, for deft.

19606—Alice E. Ritzi v. Youngstown Ice Co; error to Mahoning Appeals. J. G. Hartman, Youngstown, for pltf; E. R. Zeiger, Youngstown, for deft.

### JAN. 28, 1926

19607—First National Bank of Madison Wisconsin v. Toledo Cooker Co.; motion for Lucas Appeals to certify. Smith, Baker, Effler & Eastman, Toledo, for pltf; Frasier, Hiatt & Wall, Toledo, for deft.

19608—Leland Romberger v. Ray Curl et al. Error to the Morrow Appeals; motion for the Morrow Appeals to certify. T. B. Mateer, B. Olds, Mt. Gilead, for pltf; C. H. Conaway, Mt. Gilead, for defts.

## PROCEEDINGS OF
## SUPREME COURT

### GENERAL DOCKET

Armuleuis v. Paul Koblitz .......... 19082
Atkinson v. Metropolitan Life Ins. Co.. 19183
Royal Ind. Co. v. Day & Maddock Co... 19104
Warren Peo. Market Co. v. Corbett &
    Sons ........................... 19174

### MOTION DOCKET

Cuyahoga Towel & Supply Co. v. Fodor
    et ............................. 19537
Detroit, Tol. & I. R. R. Co. v. Zuber... 19533
Hyview Realty Co. v. Lake City Mortg.
    Co. ............................ 19501
Schaeffer et v. Spitzer Co............. 19485
Wolzier v. Thacker ................. 19517